UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NAIM GJIDIJA,

                                    Plaintiff,


                -against-                                    18-cv-0259 (LAK)


UNITED STATES OF AMERICA, et al.,

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2019

## ORDER

LEWIS A. KAPLAN, *District Judge.*

          Defendants' motion to dismiss the complaint [DI 27] is granted, substantially for
the reasons stated in the thorough and able report and recommendation of Magistrate Judge Ona
T. Wang.  Plaintiff's objections are without merit and overruled.

          The Clerk shall enter judgment and close the case.

          SO ORDERED.

Dated:          August 17, 2019


                              /s/      Lewis A. Kaplan
                         _____
                              Lewis A. Kaplan
                              United States District Judge